### David Tower v. Nathan Wilson.

THE only point was, whether a party who has served a notice, without keeping a copy of it, might give parol evidence of its contents ?

*Per Curiam.* There was a notice served on the defendant to produce a *fi. fa.* on the trial, or that the plaintiff would prove it by parol. It appears that no copy of this notice was kept. We think it might be proved by an affidavit of its contents. In this instance there is no other way to establish it, and the defendant has it in his power, by producing the

original, to correct mistakes. In *Tidd's* forms, no- tices are proved by affidavits of the substance of their contents.